IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES ROBINSON, §<br>    Petitioner, §<br> §<br>VS. §<br> §<br>RODNEY W. CHANDLER, Warden, §<br>FCI-Fort Worth, §<br>    Respondent. § | CIVIL ACTION NO.4:12-CV-752-Y |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner James Robinson, along with the March 27, 2013 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until April 17 to file written objections to the findings, conclusions, and recommendation.  As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be denied.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

James Robinson's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED April 23, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE